| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 20, 2019 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | A061053066 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC1990380812 | May 10, 2019 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| May 10, 2019 | 201 B INA PARENT OF USC | November 15, 1986 |

PRABHJOT K. MONDRIAN
1000 PACHECO RD APT 104
BAKERSFIELD, CA  93307

8   00002714

**PAYMENT INFORMATION:**

Application/Petition Fee: $535.00
Biometrics Fee: $0.00
Total Amount Received: $535.00
Total Balance Due: $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| SINGH, SURINDER | 1/1/1955 | INDIA | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX  75185-1488

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  06/07/18

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 20, 2019 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | | A061053066 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC1990380813 | May 10, 2019 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| May 10, 2019 | 201 B INA PARENT OF USC | November 15, 1986 |

PRABHJOT KAUR MONDRIAN
1000 PACHECO RD APT 104
BAKERSFIELD, CA 93307

8  00002715

**PAYMENT INFORMATION:**

Application/Petition Fee:  $535.00
Biometrics Fee:  $0.00
Total Amount Received:  $535.00
Total Balance Due:  $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| KAUR, MANJIT | 4/16/1958 | INDIA | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  06/07/18

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| SRC1990380813 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 05/10/2019 | **Priority Date** | **Petitioner** A061 053 066 KAUR MONDRIAN, PRABHJOT |
| **Notice Date** 05/31/2019 | **Page** 1 of 1 | **Beneficiary** KAUR, MANJIT |

PRABHJOT KAUR MONDRIAN
1000 PACHECO RD APT 104
BAKERSFIELD CA  93307

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

VERMONT SERVICE CENTER, 75 Lower Weldon Street, Saint Albans, VT  054790001

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect** or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283** or visit the USCIS website at www.uscis.gov  (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**USCIS Contact Center: www.uscis.gov/contactcenter**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| SRC1990380812 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 05/10/2019 | **Priority Date** | **Petitioner** A061 053 066 MONDRIAN, PRABHJOT KAUR |
| **Notice Date** 05/31/2019 | **Page** 1 of 1 | **Beneficiary** SINGH, SURINDER |

PRABHJOT KAUR MONDRIAN
1000 PACHECO RD APT 104
BAKERSFIELD CA 93307

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

VERMONT SERVICE CENTER, 75 Lower Weldon Street, Saint Albans, VT 054790001

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect** or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283** or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/19