# EXHIBIT B

From: **USCIS** USCIS-CaseStatus@dhs.gov
Subject: **Your recent inquiry (receipt #SRC-19-903-80813)**
Date: **May 6, 2021 at 12:44:00 PM**
To: kaurprabh087@gmail.com

U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS,VT 05479

U.S. Citizenship and Immigration Services
Thursday, May 6, 2021

Emailed to Kaurprabh087@gmail.com

Dear Prabhjot Kaur Mondrian:

On 05/05/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 05/10/2019

Receipt #:
-- SRC-19-903-80813

Referral ID:

Referral ID:
SR11252106102VSC
Beneficiary (if you filed for someone else):
-- KAUR, MANJIT

Your USCIS Account Number (A-number):
-- 061053066

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

Recently, you contacted U.S. Citizenship and Immigration Service (USCIS) concerning your Petition for Alien Relative (Form I-130) to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

We have placed your case on a processing hold because the required security checks remain pending. Until we receive the results of these security checks, we cannot move forward on your case. We require the results of security checks before we make a decision on any pending case.

We cannot predict when we will receive the results of these security checks. Please be assured that we will make every effort to make a decision in your case as soon as the security checks are complete.

We hope this information is helpful to you and regret any inconvenience this may have caused.

From: **USCIS** USCIS-CaseStatus@dhs.gov
Subject: **Your recent inquiry (receipt #SRC-19-903-80812)**
Date: Jun 9, 2021 at 1:11:10 PM
To: kaurprabh087@gmail.com

U.S. Department of Homeland Security

VERMONT SERVICE CENTER

75 LOWER WELDEN STREET

SAINT ALBANS,VT 05479

U.S. Citizenship and Immigration Services

Wednesday, June 9, 2021

Emailed to Kaurprabh087@gmail.com

Dear Prabhjot Kaur:

On 06/08/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 05/10/2019

Receipt #:
-- SRC-19-903-80812

Referral ID:

SR11592107501VSC

Beneficiary (if you filed for someone else):

-- SINGH, SURINDER

Your USCIS Account Number (A-number):

-- 061053066

Type of service requested:

-- Outside Normal Processing Times

The status of this service request is:

Recently, you contacted U.S. Citizenship and Immigration Services (USCIS) concerning your Petition for Alien Relative (Form I-130) to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

We have placed your case on a processing hold because the required security checks remain pending. Until we receive the results of these security checks, we cannot move forward on your case. We require the results of security checks before we make a decision on any pending case.

We cannot predict when we will receive the results of these security checks. Please be assured that we will make every effort to make a decision in your case as soon as the security checks are complete.

USCIS is committed to adjudicating immigration benefits in a timely and efficient manner to ensure public safety and national security.

U.S. Department of Homeland Security
U.S. Vermont Service Center
38 River Road
Essex Junction, VT 05479-0001



# U.S. Citizenship and Immigration Services

Friday, September 17, 2021

Emailed to Kaurprabh087@gmail.com

Dear Prabhjot Kaur:

On 09/16/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 05/10/2019 |
| **Receipt #:** | SRC-19-903-80813 |
| **Referral ID:** | SR12592107388VSC |
| **Beneficiary (if you filed for someone else):** | Kaur, Manjit |
| **Your USCIS Account Number (A-number):** | A061053066 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Recently, you or your representative contacted USCIS concerning the status of your case.

We researched your case and found that it requires additional security checks before we can make a decision. We do not know how long these checks will take. You do not need to do anything at this time. If we need anything from you, we will mail you a request for evidence. When we make a decision on your case, we will mail you a notice to you or your representative at the address you gave us.

We know that waiting can be difficult and we are committed to processing cases as quickly as possible while also protecting the integrity of our nation's immigration system.

------------------------------

We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:

Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account

Check your current case status: www.uscis.gov/casestatus

Check processing times: www.uscis.gov/processingtimes

Ask about your case: www.uscis.gov/e-request

Schedule an appointment: my.uscis.gov/appointment

Ask our virtual assistant Emma: www.uscis.gov/emma

Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

From: **USCIS No Reply** no-reply@uscis.dhs.gov
Subject: **Thank you for contacting USCIS**
Date: **Sep 8, 2021 at 6:13:03 PM**
To: kaurprabh087@gmail.com

Dear PRABHJOT,

Thank you for contacting us. An immigration officer will call or email you to answer your question(s), or schedule an appointment for you, if that is needed. Officers will begin calls starting at 7am local time.

| If you have... | We will respond to you |
|---|---|
| an urgent situation | within 72 hours, Monday thru Friday |
| a question that is not urgent | within 30 calendar days |
| a technical issue like a password reset | within 2-3 business days |

If we respond to you by phone, the number that will appear in your caller ID is **202-838-2200.** If you don't have caller ID, the USCIS officer will confirm the service item number you were given when you first contacted us. If by email, the sender will be no-reply@uscis.dhs.gov. Please add this address to your contacts to ensure any messages are not sent to a spam folder.

If you missed our first call, please be patient. We will try to call you twice. Please do not call us back unless you miss both of our return calls. The USCIS Contact Center hours of operation are Monday through Friday from 7 a.m. to 8 p.m. Eastern.

From: USCIS-CaseStatus@dhs.gov
Subject: USCIS Service Request Confirmation
Date: Sep 16, 2021 at 7:15:55 PM
To: kaurprabh087@gmail.com

Thank you for your request:

USCIS will review and process the request

Expect a reply by October 8, 2021

Your request ID number is SR12592107388VSC

From: USCIS-CaseStatus@dhs.gov
Subject: USCIS Service Request Confirmation
Date: Sep 8, 2021 at 6:27:03 PM
To: kaurprabh087@gmail.com

Thank you for your request:

USCIS will review and process the request

Expect a reply by September 30, 2021

Your request ID number is SR12512108180YSC

From: **USCIS** USCIS-CaseStatus@dhs.gov
Subject: **Your recent inquiry (receipt #SRC-19-903-80812)**
Date: **Jun 9, 2021 at 1:11:10 PM**
To: **kaurprabh087@gmail.com**

U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS,VT 05479

U.S. Citizenship and Immigration Services
Wednesday, June 9, 2021

Emailed to Kaurprabh087@gmail.com

Dear Prabhjot Kaur:

On 06/08/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 05/10/2019

Receipt #:
-- SRC-19-903-80812

From: **Office of U.S. Senator Mike Braun (imailagent)**
braun_casework@braun.senate.gov
Subject: **No Update at this Time (Intranet Quorum IMA00115522)**
Date: Oct 28, 2020 at 9:59:39 AM
To: kaurprabh087@gmail.com

---

**MIKE BRAUN**
INDIANA

**WASHINGTON, DC OFFICE:**
374 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

October 28, 2020

Dear Ms. Kaur,

Although I have heard nothing further in response to my inquiry on your behalf, I want to reassure you that I will continue to pursue this matter until it is resolved. As soon as I have something definite to report, my office will be back in touch with you.

Please let me know if there have been any changes to your phone number, e-mail, and/or mailing address so that I can stay in contact with you and please keep my Indianapolis office updated on any new developments regarding your issue with the federal government. Let me know if there is anything else I can do to assist you in this or any other matter. My Indianapolis office can be contacted by phone at 317-822-8240 or by e-mail at braun_casework@braun.senate.gov.

Sincerely,

Mike Braun

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.



IQFormatFile.txt
206 bytes

From: **Office of U.S. Senator Mike Braun (imailagent)**
braun_casework@braun.senate.gov
Subject: **Response from USCIS (Intranet Quorum IMA00115522)**
Date: **Dec 9, 2020 at 3:01:27 PM**
To: kaurprabh087@gmail.com

---

Mr. Kaur,

We have received the following response from USCIS regarding you petitions:

Thank you for your inquiry regarding Prabhjot Kaur Mondrian, Forms I-130 SRC1990380812 and SRC1990380813.

Your constituent's case is pending security checks. We are unable to determine at this time when the review process for your constituent's case will be completed. We are striving to resolve these issues as soon as possible.

We understand that your constituent may be frustrated by the progress of their case. However, USCIS must balance individual inconvenience against broader issues of public safety and national security.

Unfortunately, we are unable to speculate as to how long it might take for this process to be completed. As such you may wish to check back with our office periodically for the latest case status update.

Please let me know if you have any questions. I am happy to contact USCIS in 60 days for an update.

Thank you,

Abby



IQFormatFile.txt
206 bytes

From: **Office of U.S. Senator Mike Braun (imailagent)**
braun_casework@braun.senate.gov
Subject: **No Update at this Time (Intranet Quorum IMA00115522)**
Date: **Feb 9, 2021 at 10:12:17 AM**
To: **kaurprabh087@gmail.com**

---

**MIKE BRAUN**
INDIANA

**WASHINGTON, DC OFFICE:**
374 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

February 9, 2021

Dear Ms. Kaur,

Although I have not received any further updates from USCIS regarding your inquiry, I want to reassure you that I will continue to pursue this matter until it is resolved. As soon as I have something definite to report, my office will be back in touch with you.

Please let me know if there have been any changes to your phone number, e-mail, and/or mailing address so that I can stay in contact with you and please keep my Indianapolis office updated on any new developments regarding your issue with the federal government. Let me know if there is anything else I can do to assist you in this or any other matter. My Indianapolis office can be contacted by phone at 317-822-8240 or by e-mail at braun_casework@braun.senate.gov.

Sincerely,

Mike Braun

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.

IQFormatFile.txt
206 bytes

From: Office of U.S. Senator Mike Braun (mailagent)
braun_casework@braun.senate.gov
Subject: **Your Case (Intranet Quorum IMA00115522)**
Date: Oct 7, 2021 at 10:08:40 AM
To: kaurprabh087@gmail.com

**MIKE BRAUN**
INDIANA

**WASHINGTON, DC OFFICE:**
404 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

October 7, 2021

Dear Ms. Kaur,

Although I have heard nothing further in response to my inquiry on your behalf, I want to reassure you that I will continue to pursue this matter until it is resolved. As soon as I have something definite to report, my office will be back in touch with you.

Please let me know if there have been any changes to your phone number, e-mail, and/or mailing address so that I can stay in contact with you and please keep my Indianapolis office updated on any new developments regarding your issue with the federal government. Let me know if there is anything else I can do to assist you in this or any other matter. My Indianapolis office can be contacted by phone at 317-822-8240 or by e-mail at braun_casework@braun.senate.gov.

Sincerely,

*Mike Braun*

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.

IQFormatFile.txt
255 bytes

From: Office of Senator Mike Braun (mailagent)
braun_casework@braun.senate.gov
Subject: Your Case (Intranet Quorum IMA00115522)
Date: Sep 23, 2021 at 10:58:41 AM
To: kaurprabh087@gmail.com

MIKE BRAUN
INDIANA

WASHINGTON, DC OFFICE:
404 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

September 23, 2021

Dear Ms. Kaur,

Although I have heard nothing further in response to my inquiry on your behalf, I want to reassure you that I will continue to pursue this matter until it is resolved. As soon as I have something definite to report, my office will be back in touch with you.

Please let me know if there have been any changes to your phone number, e-mail, and/or mailing address so that I can stay in contact with you and please keep my Indianapolis office updated on any new developments regarding your issue with the federal government. Let me know if there is anything else I can do to assist you in this or any other matter. My Indianapolis office can be contacted by phone at 317-822-8240 or by e-mail at braun_casework@braun.senate.gov.

Sincerely,

Mike Braun

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.

IQFormatFile.txt
255 bytes

From: **Office of U.S. Senator Mike Braun (imailagent)**
braun_casework@braun.senate.gov
Subject: **Your Case (Intranet Quorum IMA00115522)**
Date: **Aug 20, 2021 at 10:57:12 AM**
To: **kaurprabh087@gmail.com**

---

**MIKE BRAUN**
INDIANA

**WASHINGTON, DC OFFICE:**
404 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

# United States Senate

August 20, 2021

Dear Ms. Kaur,

Although I have heard nothing further in response to my inquiry on your behalf, I want to reassure you that I will continue to pursue this matter until it is resolved. As soon as I have something definite to report, my office will be back in touch with you.

Please let me know if there have been any changes to your phone number, e-mail, and/or mailing address so that I can stay in contact with you and please keep my Indianapolis office updated on any new developments regarding your issue with the federal government. Let me know if there is anything else I can do to assist you in this or any other matter. My Indianapolis office can be contacted by phone at 317-822-8240 or by e-mail at braun_casework@braun.senate.gov.

Sincerely,

Mike Braun

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.



IQFormatFile.txt
255 bytes

*SRC 1990380812*

# Case History

**09/09/2021** ✔
On September 9, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR12492101188TSC, was completed.

**09/09/2021** ✔
On September 9, 2021, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR12492101188TSC.

**09/08/2021** ✔
On September 8, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR12492101188TSC, was assigned to an officer for response.

**06/09/2021** ✔
On June 9, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR11592107501VSC, was completed.

**06/09/2021** ✔
On June 9, 2021, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR11592107501VSC.

6:18

egov.uscis.gov

# Case History

**06/09/2021** ✔ On June 9, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR11592107501VSC, was assigned to an officer for response.

**07/22/2020** ✔ On July 22, 2020, your inquiry about why your case is taking longer than our processing time, referral number SR12002000194VSC, was completed.

**07/22/2020** ✔ On July 22, 2020, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR12002000194VSC.

**07/21/2020** ✔ On July 21, 2020, your request to change your address, referral number CA12002000186VSC, was completed.

**07/21/2020** ✔ On July 21, 2020, we sent a response to your request to change your address, referral number CA12002000186VSC.

‹    *2 of 5*    ›

# Case History

**07/20/2020**
✓

On July 20, 2020, your request to change your address, referral number CA12002000186VSC, was assigned to an officer for response.

**07/20/2020**
✓

On July 20, 2020, your inquiry about why your case is taking longer than our processing time, referral number SR12002000194VSC, was assigned to an officer for response.

**09/04/2019**
✓

On September 4, 2019, your request to change your address, referral number CA12401902816TSC, was completed.

**09/04/2019**
✓

On September 4, 2019, we sent a response to your request to change your address, referral number CA12401902816TSC.

**09/04/2019**
✓

On September 4, 2019, your request to change your address, referral number CA12401902816TSC, was assigned to an officer for response.

🔒 egov.uscis.gov

*Case # SRC 1990 380813*

# Case History

**09/17/2021** ✔ On September 17, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR12592107388VSC, was completed.

**09/17/2021** ✔ On September 17, 2021, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR12592107388VSC.

**09/17/2021** ✔ On September 17, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR12592107388VSC, was assigned to an officer for response.

**05/06/2021** ✔ On May 6, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR11252106102VSC, was completed.

**05/06/2021** ✔ On May 6, 2021, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number

**05/06/2021**

✔

On May 6, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR11252106102VSC, was assigned to an officer for response.

**03/29/2021**

✔

On March 29, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR10852105164VSC, was completed.

**03/29/2021**

✔

On March 29, 2021, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR10852105164VSC.

**03/29/2021**

✔

On March 29, 2021, your inquiry about why your case is taking longer than our processing time, referral number SR10852105164VSC, was assigned to an officer for response.

**04/09/2020**

✔

On April 9, 2020, your request to change your address, referral number CA10952000201TSC, was completed.

# Case History

**04/09/2020**

✓

On April 9, 2020, we sent a response to your request to change your address, referral number CA10952000201TSC.

**04/08/2020**

✓

On April 8, 2020, your request to change your address, referral number CA10952000201TSC, was assigned to an officer for response.

**08/12/2019**

✓

On August 12, 2019, your request to change your address, referral number CA12181905562TSC, was completed.

**08/12/2019**

✓

On August 12, 2019, we sent a response to your request to change your address, referral number CA12181905562TSC.

**08/12/2019**

✓

On August 12, 2019, your request to change your address, referral number CA12181905562TSC, was assigned to an officer for response.

‹    *3 of 5*    ›